The order below is hereby signed.

Signed: July 17 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | )<br>) |
| 1618th Street Flats LLC; | )    Case No. 23-00167-ELG<br>) |
| Debtor and Debtor in Possession. | )    Chapter 11<br>) |

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the involuntary petition filed on June 24, 2023, and finding that the above-named debtor consents to relief, an order for relief under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code) is granted.

[Signed and dated above.]

<u>I ASK FOR THIS</u>

/s/ Maurice B. VerStandig
Maurice B. VerStandig (MD18071)
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson Nevada 89012
301-444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC as Servicer for SF NU, LLC*

<u>SEEN AND AGREED</u>

/s/ Justin Fasano_____
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD  20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel for 1618 17th Street Flats LLC*