# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA
## CHAPTER 11 CONFIRMATION HEARING - TALLY OF BALLOTS
### 1618 17th Street Flats LLC's Plan of Liquidation

IN RE:  1618 17th Street Flats LLC, case no. 23-00167-ELG

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $Value of[1] Claims Voting | # Accepting | % Accept-ing | $ Value of Acceptances | % of Value accepting | # Reject-ing | % Rejecting | $ Value of Rejecting | Indicate if claim is unimpaired |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | $568,165.00 | 1 | 100% | $568,165.00 | 100% | 0 | 0% | $0.00 | Impaired |
| 2 | 1 | unknown | 1 | 100% | unknown | 100% | 0 | 0% | $0.00 | Impaired |
| 3 | 1 | $527,662.23 | 1 | 100% | $527,662.23 | 100% | 0 | 0% | $0.00 | Impaired |
| 4 | 0 | N/A | 0 | N/A | $0.00 | N/A | 0 | N/A | $0.00 | Unimpaired |

---

[1] All amounts listed herein are based upon ballots or the current allowed amounts of claims.  Debtors do not hereby admit or deny the appropriateness of the allowance of the amounts stated herein.

## CERTIFICATION

    I certify that the foregoing ballot summary sets forth an accurate and complete tabulation of all ballots received as to rejection and acceptance of the *1618 17th Street Flats LLC's Plan of Liquidation*, by class of creditors and interests, with number and total amount of claims or interests in each category.

Dated: August 29, 2023　　　　　　　　　　　　　　　　　　　MCNAMEE HOSEA, P.A.

                                                          /s/ Justin P. Fasano
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for 1618 17th Street Flats LLC*

## CERTIFICATE OF SERVICE

    I further certify that a true copy of the foregoing *Tally of Ballots* was sent on August 29, 2023, by CM/ECF to all parties receiving notice thereby.

                                        /s/ *Justin P. Fasano*
Justin P. Fasano