**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1716 R Street Flats LLC; | ) | Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | ) | |
| 1605 17th Street Flats LLC; | ) | |
| 1601 17th Place Flats LLC; | ) | Chapter 11 |
| 1609 17th Place Flats LLC; | ) | (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) | Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | ) | |
| 1616 27th Street Flats L.L.C.; | ) | |
| Lerae Towers II, LLC; | ) | |
| The Lerae Towers, LLC; | ) | |
| 4220 Ninth Street Flats LLC; | ) | |
| 4649 Hillside Road Flats LLC. | ) | |
| 1618 17th Street Flats | | |
| Debtors and Debtors in Possession | ) | 23-00167-ELG |
| | ) | |

**NOTICE OF HEARING AND NOTICE OF OPPORTUNITY TO
OBJECT TO DEBTORS' MOTION FOR FINAL DECREE AND MOTION TO DISMISS**

1716 R Street Flats LLC ("1716 R St."); The Z Flats L.L.C. ("Z Flats"), 1605 17th Street Flats LLC ("1605 17th St."); 1601 17th Place Flats  LLC ("1601 17th Pl."), 1609 17th Place Flats LLC ("1609 17th Pl."), The Lauravin Luxury Apartment Homes III L.L.C. ("Lauravin III"), The Washingtonian L.L.C. ("Washingtonian"), The Lerae Towers, LLC ("Lerae"), 4220 Ninth Street Flats LLC ("4220 Ninth St."); 4649 Hillside Road Flats LLC ("4649 Hillside Rd") and 1618 17th Place Flats, LLC ("1618 17th," and each of the aforementioned, a "Debtor," and collectively, the "Liquidating Debtors"), , by and through undersigned counsel, have filed a *Motion for Final Decree and Motion to Dismiss* (the "Motion").

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)   If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:**

_____
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Liquidating Debtors*

☒ **On or before June 13, 2024,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

> Clerk of the Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

Any objection filed must be sent to:

> Justin P. Fasano
> McNamee Hosea, P.A.
> 6404 Ivy Lane, Suite 820
> Greenbelt, MD 20770

☒ **PLEASE TAKE NOTICE that a hearing will be held on June 20, 2024, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

2

| | |
|---|---|
| Dated: May 30, 2024 | Respectfully submitted |

/s/ Justin P. Fasano
Janet M. Nesse (Fed. Bar No. 07804)
Justin P. Fasano (Fed Bar No. 28659)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for the Liquidating Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby, and by first class mail, postage prepaid to the parties on the attached list.

/s/ Justin P. Fasano
Justin P. Fasano

3